**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CHARLES E. JUSTISE, SR.,         ) | |
| )                                | |
| Plaintiff,        ) | |
| v.                               )         | No. 1:04-cv-764-SEB-VSS |
| )                                | |
| ZENITH LOGISTICS,                ) | |
| )                                | |
| Defendant.        ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 08/18/2005

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles E. Justise, Sr.
7159 Manship Cir
Avon, IN 46123

Stephanie Lynn Cassman
LEWIS & WAGNER
scassman@lewiswagner.com

Tammy Jo Meyer
LEWIS & WAGNER
tmeyer@lewiswagner.com